JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HINES, | Case No. CV 05-4113-DDP (OP) |
| Petitioner, | JUDGMENT |
| vs. | |
| A. P. KANE, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered (1) approving and adopting this Report and Recommendation; and (2) directing that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: 4-16-09

HONORABLE DEAN D. PREGERSON
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge